PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LICEA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AUDIBLE, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02360 JGB (SPx)<br><br>**DECLARATION OF LUIS LICEA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date:         January 25, 2021<br>Time:         9:00 a.m.<br>Courtroom:  1<br>Judge:        Hon. Jesus G. Bernal |

# DECLARATION OF LUIS LICEA

I, Luis Licea, hereby declare as follows:

1. I am over eighteen years old, and I have personal knowledge of the matters set forth herein. If called as a witness, I could and would competently testify to the facts set forth below under oath.

2. I am the plaintiff in this lawsuit and am legally blind in my eyes.

3. On June 2, 2020, I commenced a 30-day Audible Premium Plus free trial offered by Defendant Audible, Inc. ("Defendant") in California from its website, www.audible.com (the "Website"). In order to accept Defendant's free trial offer, Defendant's Website did not require that I review anything prior to accepting Defendant's free trial offer such as any terms and conditions or an arbitration provision. In other words, at the time of my acceptance of Defendant's free trial offer on the Website, I was not instructed or required to click on any hyperlink disclosing Defendant's online terms and conditions before providing my acceptance of Defendant's free trial offer.

4. While I visited the Website on June 2, 2020, I was not aware of, and did not read (via my screen reader software) any online terms and conditions applicable to the Website.

5. While I visited the Website on June 2, 2020, I did not click on any hyperlink containing Defendant's Conditions of Use, or arbitration provision, on any of the pages that were presented to me.

6. While I visited the Website on June 2, 2020, I was not required to click on any button that was labeled as follows, "I agree to the Conditions of Use".

7. The webpage on Defendant's Website that I used to accept Defendant's free trial offer did not inform me that I was waiving any rights or agreeing to arbitrate any claims I may have against Defendant.

8. At the time of my acceptance of Defendant's free trial offer on www.audible.com, I was unaware of the existence of any applicable arbitration

1 provision.

2   9.   The first time that I learned of Defendant's arbitration provision was after this lawsuit was filed when I learned that Defendant filed its Motion to Compel Arbitration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  This declaration was executed on January 11, 2021.

Luis Licea

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2021, I electronically filed the foregoing **DECLARATION OF LUIS LICEA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell